

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2016

No. 04-16-00635-CV

Frank **GARZA**,
Appellant

v.

Kris Angel **FINN**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2016CV04020
The Honorable Robert Behrens, Judge Presiding

# O R D E R

Appellant's brief was due November 14, 2016. Neither the brief nor a motion for extension of time to file the brief has been filed.

Accordingly, we **ORDER** appellant to file his appellant's brief and a written response reasonably explaining his failure to timely file the brief in this court on or before **December 22. 2016**. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

We **order** the clerk of this court to serve a copy of this brief on appellant and appellee's counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2016.

_____
Keith E. Hottle
Clerk of Court